UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JAN 2 8 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **SUPPRESSED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| MOHAMMED KANAN, | ) | **4:26CR00037-JAR/JMB** |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

**COUNTS 1 TO 3**

The Grand Jury charges that:

**A.**　　　**INTRODUCTION:**

At all times material to this Indictment:

1.　　　The Paycheck Protection Program (PPP) was a program administered by the Small Business Administration (SBA) that authorized forgivable loans to provide economic relief to small businesses adversely impacted by COVID 19.　The PPP permitted participating third-party lenders to approve and displace PPP loans to qualifying businesses.　PPP loans were fully guaranteed by the SBA.

2.　　　To obtain a PPP loan, a business had to apply by submitting a PPP loan application to a participating third-party lender.　An applicant was required to acknowledge the program rules and make certain affirmative certifications to be eligible for a PPP loan.　These certifications included that the applicant was in operation on February 15, 2020, that the applicant had employees for whom it paid salaries, and that loan funds would be used to retain workers/maintain payroll or make mortgage, lease, or utility payments for the business, and buy American made goods to the extent possible.

1

3.     A successful applicant who received a PPP loan (referred to as a "First Draw" PPP loan) was, in certain circumstances, permitted to apply for a second PPP loan (referred to as a "Second Draw" PPP loan) which has the same certification requirements and rules as discussed above.

4.     PPP loan applications were electronically submitted, or caused to be electronically submitted, by the applicant by means of wire transmission.

5.     Bank of America (BOA) was a participating third party lender for the PPP.

**B.    THE SCHEME**

6.     Beginning no later than on or about April 4, 2020 and continuing through at least February 28, 2022, in the Eastern District of Missouri and elsewhere,

**MOHAMMAD KANAN**

the defendant herein, with intent to defraud, devised and intended to devise a scheme and artifice to defraud BOA and to obtain money and property from BOA by means of materially false and fraudulent pretenses, representations, and promises.   Specifically, defendant submitted, or caused to be submitted, electronically, fraudulent PPP loan applications and based on these fraudulent applications, defendant obtained at least $29,332 in PPP loan proceeds from BOA, to which he was not entitled and which he did not repay.

**C.    MANNER AND MEANS**

It was part of the scheme that:

**Dollar Market, LLC – First Draw**

7.     On or about April 4, 2020, defendant electronically submitted, or caused to be submitted, to BOA, a First Draw PPP loan application for Dollar Market, LLC.

8.     In the application, defendant falsely and fraudulently represented, among other things, that he would purchase only American made products to the extent possible, that he was

2

not engaged in criminal activity, that he was not the owner or manager or any other businesses, and that he would not receive any other PPP loans during calendar year 2020, when in truth and in fact, as defendant well knew, he intended to use the loan proceeds for non-business purposes, to purchase counterfeit goods from foreign countries, engage in criminal activity, and receive other PPP loans in 2020.

9.     Based on defendant's false and fraudulent representations BOA approved defendant's First Draw PPP loan for Dollar Market, LLC and electronically transmitted $13,832.00 to defendant's Dollar Market BOA account on May 1, 2020.

10.     Defendant used these loan proceeds for unauthorized non-business-related purposes, including purchasing personal items and making payments on personal credit cards..

11.     On March 4, 2021, defendant filed a loan forgiveness application requesting that $13,832.00 be forgiven.   On March 19, 2021, the full amount was approved for forgiveness.

### Missouri Distribution – First Draw

12.     On June 8, 2020, defendant electronically submitted to BOA, or caused to be electronically submitted to BOA, a fraudulent First Draw PPP loan application for Missouri Distribution.

13.     In his First Draw PPP loan application, defendant falsely and fraudulently represented, among other things, that he was not the owner of any other businesses or had common management with other businesses, that he had not received any other PPP loans in 2020, and that he would use the proceeds only for business purposes related to Missouri Distribution, when, in truth and in fact, as defendant well knew, he was the owner of another business, he had received another PPP loan in 2020, and he did not intend to use the loan proceeds for Missouri Distribution business purposes.

14.    Based on defendant's false and fraudulent representations in his First Draw PPP loan application, BOA approved defendant's First Draw PPP loan and, on or about June 24, 2020, electronically transferred $8,000.00 into defendant's Missouri Distribution BOA account.

15.    Defendant used these loan proceeds for unauthorized non-business-related purposes, including purchasing personal items and foreign made counterfeit goods.

16.    On or about August 21, 2021, defendant filed a Loan Forgiveness application requesting that $7,500.00 of the loan be forgiven.  On September 8, 2021, BOA forgave the balance due on the First Draw loan for Missouri Distribution.

### Missouri Distribution – Second Draw

17.    On or about March 8, 2021, defendant submitted, or caused to be submitted electronically, a Second Draw PPP loan application for Missouri Distribution, LLC.

18.    In this application defendant falsely and fraudulently represented, among other things, that he would use the loan proceeds for business purposes only, when in truth and fact, as defendant well knew, he intended to use the loan proceeds for non-business-related purposes including making payments on personal credit cards as well as purchasing foreign made counterfeit goods.

19.    Based on defendant's false and fraudulent representations in his application, BOA approved a Second Draw PPP loan for Missouri Distribution LLC and, on or about March 22, 2021, electronically transferred $7,500.00 to defendant's Missouri Distribution BOA account.

20.    Defendant used these loan proceeds for unauthorized non-business-related purposes, including personal credit card payments as well as purchasing foreign made counterfeit goods.

21.    On February 12, 2022, defendant filed a loan forgiveness application requesting that 7,500.00 be forgiven.   On February 28, 2022, the full amount of $7,500 was forgiven.

## The Wire Transmissions

22.    On or about the dates set for below, within the Eastern District of Missouri, the defendant, having devised and intended to devise the above-described scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, for the purpose of executing the above-described scheme, and with the intent to defraud, used or caused to be used, an interstate communication in furtherance of an essential step in the scheme, to wit:

| Count | Date | Wire Description |
|---|---|---|
| 1 | 4/4/2020 | Submission of First Draw PPP loan application – Dollar Market. |
| 2 | 6/8/2020 | Submission of First Draw PPP loan application – Missouri Distribution. |
| 3 | 3/8/2021 | Submission of Second Draw PPP loan application – Missouri Distribution |

All in violation of, and punishable under, Title 18, United States Code, Sections 1343.

A TRUE BILL.

_____

FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

JOHN J. WARE#40880MO
Assistant United States Attorney